Filed: January 4, 2006

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 05-1754
(CA-05-129-2-JBF)

TAMMY S. MIZELL,

Plaintiff - Appellant,

versus

SARA LEE CORPORATION,

Defendant - Appellee.

O R D E R

The court amends its opinion filed December 13, 2005, as follows:

On page 1, attorney information section -- "John Michael Loeschen, Norfolk, Virginia, for Appellant" is deleted and replaced with "Tammy S. Mizell, Appellant Pro Se."

For the Court - By Direction

                                    /s/ Patricia S. Connor
                                    Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1754

TAMMY S. MIZELL,

Plaintiff - Appellant,

versus

SARA LEE CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (CA-05-129-2-JBF)

Submitted:  November 30, 2005      Decided:  December 13, 2005

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tammy S. Mizell, Appellant Pro Se.  John Richard Erickson, REED SMITH, L.L.P., Falls Church, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammy S. Mizell appeals the district court's order denying Mizell's breach of employment contract claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Mizell v. Sara Lee Corp.</u>, No. CA-05-129-2-JBF (E.D. Va. June 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>